## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Medica Self-Insured and Barbara Kos,   Civil No. 06-4747 (DWF/AJB)

Plaintiffs,

v.   **ORDER FOR DISMISSAL WITH PREJUDICE**

Tenet Healthcare Corporation,

Defendant.

---

Kevin D. Hofman, Esq., Halleland Lewis Nilan & Johnson PA, counsel for Plaintiffs.

Jeffrey R. Ansel, Esq., and Justice E. Lindell, Esq., Winthrop & Weinstine; and Mary M. Ferry, Esq., and Michael R. Phillips, Esq., Frilot Partridge, L.L.C., counsel for Defendant.

---

Based on the Stipulation for Dismissal With Prejudice (Doc. No. 24) signed by counsel for the parties in this case,

**IT IS HEREBY ORDERED** that:

This case is **DISMISSED, WITH PREJUDICE,** and with plaintiffs and defendant each to bear their respective costs, disbursements, and attorney fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 14, 2007        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court